NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3221

RUFUS L. MITCHELL, JR.,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in AT0752080769-I-1.

ON MOTION

ORDER

Upon consideration of Rufus L. Mitchell, Jr.'s motion for an extension of time to file his brief,

IT IS ORDERED THAT:

The motion is granted. Mitchell's brief is due October 28, 2009.

FOR THE COURT

SEP - 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Rufus L. Mitchell, Jr.
      Dana De Lorenzo, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 2 2009

JAN HORBALY
CLERK